UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON DWAYNE FIELDS,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>Respondent. | No. 1:18-cv-01545-DAD-JDP (HC)<br><br>ORDER DENYING PETITIONER'S MOTIONS FOR FINANCIAL ASSISTANCE, INVESTIGATIVE SERVICES, PSYCHIATRIC EXPERT, AND SUBPOENAS<br><br>ECF Nos. 27, 28, 32 |

Petitioner Carlton Dwayne Fields, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Petitioner asks that this court provide financial assistance, subpoenas for witnesses and documents, investigative services, and a psychiatric expert. ECF Nos. 27, 28, 32. We summarily reject petitioner's argument that the court should finance his litigation of this case.

As for all other requests, petitioner mistakenly presumes that he is entitled to introduce new evidence into the record. A federal habeas court in a Section 2254 proceeding will limit its review of evidence to the record that was before the state court unless the petitioner demonstrates either (1) that he is not at fault for failing to develop the pertinent record in state court; or (2) that the requirements under Section 2254(e)(2) have been satisfied—that is, that he has identified a new rule of constitutional law or a fact previously undiscoverable through due diligence. *See Holland v. Jackson*, 542 U.S. 649, 652-53 (2004). Petitioner's requests fail to meet these

1

standards, and we therefore deny them.

**Order**

1. Petitioner's motion for financial assistance, ECF No. 27, is denied.
2. Petitioner's motion for subpoenas on witnesses and documents, ECF No. 28, is denied.
3. Petitioner's motion for financial assistance, investigative services, psychiatric expert, ECF No. 32, is denied.

IT IS SO ORDERED.

Dated:   July 24, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 202